UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND (Providence)

| In Re: | Case Number 16-11434-DF |
|---|---|
| Bilerka Bordas (aka Bilerka Berreondo) | Chapter 13 |

## RELIEF FROM STAY WORKSHEET - REAL ESTATE

I    Javier Rivera
     Contract Management Coordinator     (Name and Title) of Ocwen Loan Servicing, LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE3 Mortgage Pass Through Certificates, Series 2006-HE3 (Name of Organization/Corporation/Moving Party) (hereinafter, "Movant") hereby declare (or certify, verify, or state):

### BACKGROUND INFORMATION

1.  Real property address which is the subject of this motion:

    29 Georgia Avenue, Providence, RI 02905

2.  Lender Name:

    Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust

    2006-HE3 Mortgage Pass Through Certificates, Series 2006-HE3

3.  Date of Mortgage:

    May 8, 2006

4.  Post-Petition payment address:

    Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite

    100, West Palm Beach, Florida 33409

5.  The manner in which the Movant perfected its interest in the property:

    Mortgage recorded with the City of Providence Land Evidence Records in Book 8042,

    Page 331

6.  All other material liens and encumbrances on the property:

    | Lien | Type | Amount | Book/Page |
    |---|---|---|---|
    | Movant | 1st Mortgage | $144,609.69 (as of 3/31/2017) | 8042/331 |

11-005300 / BK07

## DEBT/VALUE REPRESENTATIONS

7. Total pre-petition and post-petition indebtedness of Debtor(s) to Movant at the time of filing the motion:

    $144,609.69 (as of 3/31/2017). (Note: this amount may not be relied on as a "payoff" quotation.)

8. Movant's estimated fair market value of the real property: $149,300.00.

9. Source of estimated fair market valuation: Debtor's Schedules.

## STATUS OF DEBT AS OF THE PETITION DATE

10. Total pre-petition indebtedness of Debtor(s) to Movant as of petition filing date: $140,900.37.

    (A) Amount of principal: $105,447.50 (plus deferred principal balance of $20,200.00).
    (B) Amount of interest: $3,078.50.
    (C) Amount of escrow (taxes and insurance): $8,138.13.
    (D) Amount of forced placed insurance expended by Movant: $0.00.
    (E) Amount of Attorney's fees billed to Debtor(s) pre-petition: $0.00.
    (F) Amount of pre-petition late fees, if any, billed to Debtor(s): $186.78.

11. Contractual interest rate: 2.000% (Current Rate, Per 2012 Loan Mod.); 8.500% (Original Rate) (If interest rate is (or was) adjustable, please list the rate(s) and dates(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: N/A).

12. Please explain any additional pre-petition fees, charges or amounts charged to Debtor(s) account and not listed above:
    $564.00 (Title Fees); $85.00 (Property Valuation Fees); $185.50 (Property Inspection Fees); $3,019.71 (Foreclosure Fees/Costs); -$4.75 (Less Suspense Balance).
    (If additional space is needed, list the amounts on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here: N/A).

## AMOUNT OF ALLEGED POST-PETITION DEFAULT
## (AS OF 3/31/2017)

13. Date last payment was received: 11/4/2016.

14. Total number of post-petition payments due from the date of the filing of petition through payment due on 3/1/2017: 7 (9/1/2016 – 3/1/2017).

15. Please list all post-petition payments alleged to be in default:

### SCHEDULE OF PAYMENTS THAT WERE DUE:

| Date Payment Due | Payment Amount Due Post Petition |
|---|---|
| 11/1/2016 | $839.13 |
| 12/1/2016 | $884.58 |
| 1/1/2017 | $884.58 |
| 2/1/2017 | $884.58 |
| 3/1/2017 | $884.58 |
| Totals | $4,377.45 |

### SCHEDULE OF PAYMENTS THAT WERE RECEIVED:

| Date | Amount Received | Amount Applied to Principal and Interest | Amount Applied to Escrow | Late Fee Charged (if any) | Amount applied to legal fees or costs (specify) |
|---|---|---|---|---|---|
| | See attached history. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals: | | | | | |

16. Amount of Movant's Attorneys' fees billed to Debtor for the preparation, filing, and prosecution of this Motion: $0.00.

17. Amount of Movant's filing fee for this motion: $0.00.

18. Other Attorneys' fees charged to Debtor post-petition: $400.00 (Plan Review); $100.00 (Postpetition Fee Notice).

19. Amount of Movant's post-petition inspection fees: $0.00.

20. Amount of Movant's post-petition appraisal/broker's price opinion: $0.00.

21. Amount of forced placed insurance or insurance provided by the Movant post-petition: $0.00.

22. Sum held in suspense by Movant in connection with this contract, if applicable: $0.00.

23. Amount of other post-petition advances or charges i.e. taxes, insurance incurred by Debtor, etc.: $0.00.

24. Amount and date of post-petition payments offered by the Debtor(s) and refused by the Movant: Amount: N/A; Date(s): N/A.

11-005300 / BK07

## REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents:

(1)  Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibits A-E.)

(2)  Copies of documents establishing proof of standing to bring this motion if different from the above. (Exhibits A-E.)

(3)  Copies of documents establishing that Movant's interest in the real property is perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property is located in. (Exhibits A-E.)

## CERTIFICATION AND DECLARATION FOR BUSINESS RECORDS

I certify that the information provided in this worksheet and/or exhibits attached to this worksheet is derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, were kept in the course of the regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

I further certify that copies of any transactional documents attached to this worksheet as required by paragraphs 1, 2, and 3, immediately above, are true and accurate copies of the original documents, I further certify that the original documents are in movant's possession, except as follows:

Ocwen Loan Servicing, LLC is in possession of the original note and maintains a copy of the original mortgage and/or assignment of mortgage.

I/we declare (or certify, swear, affirm, verify or state) that the foregoing is true and correct.

Executed on April 11, 2017 [date]

[signature]    Javier Rivera

Contract Management Coordinator

[title]

STATE OF FLORIDA    )
                    )
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me this 11th day of April, 2017, by Javier Rivera, as a Contract Management Coordinator of Ocwen Loan Servicing, LLC who is the servicer for Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE3 Mortgage Pass Through Certificates, Series 2006-HE3, who is personally known to me or who has produced _____ as identification.

Signature of Notary Public
Name of Notary Public: Christian Lazu

Personally known: ✓
Or Produced Identification: ———
Type of Identification Produced: ———

Notary Public State of Florida
Christian Lazu
My Commission FF 903931
Expires 07/27/2019

| Name: | Bilerka Bordas | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 16-11434 | | | | | |
| Filing Date: | 8/18/2016 | | | | | |
| Post First Due: | 9/1/2016 | | | Completed By: | Madhuys | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| 9/1/2016 | 11/4/2016 | $ 1,678.26 | $ 839.13 | $ 839.13 | $ 839.13 | |
| 10/1/2016 | 11/4/2016 | | $ 839.13 | $ (839.13) | $ - | |